# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN D. HOWELL,<br><br>　　　　Defendant. | Case No. 1:18-po-00405-SAB<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF<br><br>(ECF No. 13) |

On January 31, 2019, an order for a competency evaluation for Defendant Jonathan D. Howell was filed in this matter. To address Defendant's concern that the competency evaluation could result in a lengthy delay in these misdemeanor proceedings, the Court ordered that Defendant's medical records be provided to the United States Marshal to be transported with Plaintiff to the facility conducting the examination.

On February 4, 2019, Defendant filed a motion seeking relief from the portion of the order requiring production of his medical records due to their sensitive nature. Defendant states that after he is placed at a facility and they receive a request from the facility, the medical records will be provided directly to the facility. The Court shall grant Defendant's request, while recognizing that this may result in a significant delay in Defendant's competency examination.

Accordingly, IT IS HEREBY ORDERED that Defendant is relieved from the order directing the production of medical records to the United States Marshal's Service by February

8, 2019.

IT IS SO ORDERED.

Dated:  **February 5, 2019**

_____
UNITED STATES MAGISTRATE JUDGE