| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-PO-405-SAB |
|---|---|
| Plaintiff, | MOTION TO DISMISS |
| v. | |
| JONATHAN HOWELL, | |
| Defendant. | |

The United States, by and through the undersigned, hereby moves to dismiss this case against Defendant Jonathan Howell without prejudice in the interest of justice, and ask that the Court order him released from the custody of the United States Marshals Service.

Dated: February 7, 2019

MCGREGOR W. SCOTT
United States Attorney

By: /s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

1

## **ORDER**

Based on the United States' Motion, this case is dismissed without prejudice in the interest of justice. Defendant is ordered released from United States Marshals Service custody immediately.

IT IS SO ORDERED.

Dated:   **February 7, 2019**

UNITED STATES MAGISTRATE JUDGE